EXHIBIT A

Case 4:25-cv-02632    Document 1-1    Filed on 06/06/25 in TXSD    Page 1 of 9

EXHIBIT A





# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Buffalo Local Office
300 Pearl St, Suite 450
Buffalo, NY 14202
(716) 431-5007
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B) Issued On: 03/11/2025

**To:** Adam Schoene
913 North Cayuga Street Apartment 2
ITHACA, NY 14850

Charge No: 460-2024-05990

EEOC Representative and email:  STEPHANIE LITTLEHALE
Investigator
stephanie.littlehale@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC is closing this charge because your charge was not filed within the time limits under the law; in other words, you waited too long after the date of the alleged discrimination to file your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 460-2024-05990.

On behalf of the Commission,

**Maureen C. Kielt**  Digitally signed by Maureen C. Kielt
Date: 2025.03.11 09:41:37 -04'00'

Maureen Kielt
Local Office Director

**Cc:**
Jeff Barnes
Rice University - Office of the General Counsel
6100 Main Street
Houston, TX 77005

Please retain this notice for your records.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Buffalo Local Office**

Olympic Towers
300 Pearl Street, Suite 450
Buffalo, NY 14202
Phone: (716) 431-5007
Fax: buffaxmain@eeoc.gov

Adam Schoene
913 North Cayuga Street, Apartment 2
Ithaca, New York 14850

Re: EEOC Charge Number: 460-2024-05990
Adam Schoene v. Rice University

Dear Adam Schoene:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission"), has reviewed the above-referenced charge according to our charge prioritization procedures. These procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have evaluated your charge based upon the information provided. In your charge, you alleged that Respondent violated Title VII of the Civil Rights Act and the Americans with Disabilities Act. Specifically, you alleged that Respondent refused to reinstate you to your position between July 2023 and July 2024 because of your disability and because of your sexual orientation.

Based upon an analysis of the information submitted to us, the Commission is unable to conclude that the information establishes a violation of Federal law on the part of Respondent. It appears that your claims are untimely. The Commission has a 300-day timely limit, which means we generally investigate allegations of discrimination which have occurred within 300 days from the date a charge is filed. Evidence that the Commission received from Respondent confirmed that you were informed on August 1, 2023, that your appointment had been canceled and that you would not be reinstated. Consequently, your timely date to file passed at the latest on **May 27, 2024**. You filed your charge on August 17, 2024. Therefore, your charge is untimely filed and the Commission has no jurisdiction to investigate.

The Commission's processing of this charge has been concluded. Included with this letter is your Notice of Dismissal and Right to Sue. Following this dismissal, you may only pursue this matter by filing suit against the Respondent named in the charge within 90 days of receipt of said notice. Otherwise, your right to sue will be lost. If you have any questions, please contact your investigator, Stephanie Littlehale, at (716) 431-5014.

Sincerely,

**Maureen C. Kielt**
Digitally signed by Maureen C. Kielt
Date: 2025.03.11 09:40:22 -04'00'

Maureen C. Kielt
Director, Buffalo Local Office

EXHIBIT B



REGINALD DESROCHES
PRESIDENT

May 12, 2023

Adam Schoene
Department of Romance Languages and Literatures
University of Buffalo, SUNY
schoene3@buffalo.edu

Dear Dr. Schoene:

On the recommendation of Dean Kathleen Canning, the Department of Modern and Classical Literatures and Cultures, and Provost Amy Dittmar and with the approval of the Rice Board of Trustees at its meeting on May 11, 2023, I am very pleased to confirm your faculty appointment at Rice University as Assistant Professor in Black French Studies in the Department of Modern and Classical Literatures and Cultures without tenure in the School of Humanities, effective July 1, 2023.

The terms and conditions of your appointment are the same as those outlined in your informal offer letter from Dean Canning, dated March 19, 2023, and those details are considered to be incorporated in this letter. If you have any questions about your appointment, please do not hesitate to contact Dean Canning.

This letter constitutes the totality of our offer of employment and is not supplemented by other representations, either verbal or written, except those uniform policies and conditions of appointment at Rice University that apply to all faculty appointments of this type.

We would appreciate your indicating acceptance of the terms of both this letter and the Rice University Policy 201 on Faculty Appointments, Promotions and Tenure by digitally signing where indicated below.

We are very pleased to have you join Rice University as a new faculty member in the School of Humanities. We look forward to welcoming you to Rice and Houston.

Sincerely,

Reginald DesRoches
President

**RICE UNIVERSITY**

OFFICE OF THE PRESIDENT–MS 1 · ALLEN CENTER, SUITE 440 · P.O. BOX 1892 · HOUSTON, TEXAS 77251-1892
713-348-4500 · PRESIDENT@RICE.EDU

*Offer letter for candidate Adam Schoene*
*Candidate's response "Accepted" was recorded on May 12, 2023*

*Business title Assistant Professor from job requisition Assistant Professor in Black French Studies (1556)*
*Job offer was extended on May 12, 2023*


*Electronically signed by Adam Schoene on May 12, 2023*
*Electronically signed from 107.77.225.161*

EXHIBIT C

## Clinical Visit Summary of Today's Visit

05/03/2023 Visit with FNU SEEMANT, MD

Adam Schoene

### Reason For Visit
Adam presents for evaluation of hand tremors

### Vitals
Ht 70.25  Wt 155.2  Wt Dif -0  BMI 22.6  BP 118/72

### Today's Diagnosis
Tremor Unspecified R25.1

### Problem List
Abnormal involuntary movement
Numbness of the pelvic region and thigh

### Allergies
No Known Drug Allergy

### Medications
Continue
  FNU SEEMANT, MD
    No Active Medications

### Comments
Tremor unspecified (R25.1)
Right 5th finger tremor x 1 month.
He is a Professor
R>L Numbness none, no neck pain.
No family h/o Parkinson's disease.
Tremors present at rest.  Also noticed in index finger.
No weight loss or gain, no change in appetite, no heat or cold intolerance.
Last blood work- 1 yr ago unsure of thyroid testing.

Your symptoms are consistent with fine tremor at rest, possible Parkinson's Vs essential tremor.

Natural course along with treatment options and alternatives discussed with patient in detail.
Plan: refer to Neurology for further evaluation.

Follow up : as needed.