Dear U.S. District Court,

This is a second mailing of these documents and payment to ensure it arrives to you within the requisite 90 days. Please process whichever you receive first and disregard the other mailing and check.

United States Courts
Southern District of Texas
FILED

JUN 06 2025

Nathan Ochsner, Clerk of Court

Thank you,
Adam S[signature]
Adam Schoene
(978-387-6111)
adam.schoene@gmail.com
913 N Cayuga St, Apt 2
Ithaca, NY 14850