United States District Court
Southern District of Texas
**ENTERED**
June 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAM SCHOENE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02632 |
| | § | |
| RICE UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

### ORDER DENYING PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM

Pending before the Court is the plaintiff's motion to proceed under a pseudonym, to seal identifying information, and to authorize redactions post-filing (Dkt. No. 5). The Court, having considered the motion and the relevant legal authorities, finds that the motion should be Denied.

It is so ORDERED.

SIGNED on June 26, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge